GEORGE MOSKOWITZ, Appellant, v. HENRY DAVIDSON, Respondent.— Appeal dismissed by default, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

THE NAGLE PACKING COMPANY, Appellant, v. PHILIP M. ROSENBLUM and Others, Respondents.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

MARGARET POWERS, Respondent, v. THE CITY OF NEW YORK, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Mills, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TALEISNIK, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINIC VACCARO, Appellant.— Judgment of conviction of the Court of Special Sessions reversed and new trial ordered, upon the ground that the evidence does not show that defendant was guilty beyond a reasonable doubt. Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA BUCKLEY, Appellant, v. SPRING VALLEY WATER WORKS AND SUPPLY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, on authority of *City of Rochester* v. *R. & L. O. W. Co.* (189 N. Y. 323). Jenks, P. J., Mills, Blackmar and Jaycox, JJ., concurred; Kelly, J., dissented upon the ground that there was a proper case for an alternative mandamus.